### 1919.　Kehoe & Sons *v.* Henry.

Powell, J. The evidence amply authorizes the verdict. The rulings complained of as to the admission of testimony, even if erroneous, are not of sufficient materiality to justify a reversal.　　　*Judgment affirmed.*

Action for damages, from city court of Savannah—Judge Freeman. April 9, 1909.

Argued July 15,—Decided July 31, 1909.

*O'Byrne, Hartridge & Wright,* for plaintiffs in error.

*Oliver & Oliver,* contra.

---

### 1923.　Daniel Sons & Palmer Company *v.* Dickey.

Powell, J. The plaintiff had an account against one Burke. The defendant, desiring to make a certain trade with Burke, asked the plaintiff to credit Burke's account with $27 and to charge that amount to him. The plaintiff accordingly credited Burke's account with $27, released him from further liability to that extent, and charged the amount to the defendant. In the action which was brought to recover the $27 from the defendant, he set up the statute of frauds. *Held,* that the contract was an original undertaking, and not within the purview of the statute of frauds; and that it was not a nudum pactum, as the detriment suffered by the plaintiff in releasing Burke was a sufficient consideration. *Ferst* v. *Bank of Waycross,* 111 *Ga.* 229 (36 S. E. 773) ; *Pylant* v. *Webb,* 2 *Ga. App.* 171 (58 S. E. 329) ; *Evans* v. *Griffin,* 1 *Ga. App.* 327 (57 S. E. 921) ; *Beard* v. *Hammock,* 3 *Ga. App.* 118 (59 S. E. 335).

*Judgment reversed.*

Complaint, from city court of Millen—Judge Jones. April 15, 1909.

Submitted July 15,—Decided July 31, 1909.

*Thomas S. Hill, William Woodrum,* for plaintiff.

*Dixon & Larsen,* for defendant.